B6A (Official Form 6A) (12/07)

In re **Marvky Corporation**                                        Case No.   **10-37786** _____
                                                                                                  (if known)

# SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| Maryland Lakes Apartments, Glendale, Arizona Commonly referred to as 4748 West Sierra Vista Road, Glendale, Maricopa County, Arizona which is comprised or two parcels:<br><br>PARCEL NO. 1:<br>Generally, the Southeast quarter of the Northwest quarter of Section 9, Township 2 North, Range 2 East of the Gila and Salt River Base and Meridian, Maricopa County, Arizona (detailed description available upon request).<br><br>PARCEL NO. 2:<br>Generally, a reciprocal easement for access, ingress and egress which lies South of the South line of Parcel 1, and varying in width from approximately 30 feet to approximately 18 feet as created in Recording No. 84-410824 and shown on Maryland Lakes Condominiums Amended in Book 332 of Maps, page 2, records of Maricopa County, Arizona (detailed description available upon request).<br><br>Such property includes any warranties and insurance thereon or proceeds therefrom and any condemnation or eminent domain awards or proceeds. | Fee Simple | | $5,350,000.00 | $4,754,501.62 |
| Hammerly Walk Apartments, Houston, Texas Commonly known as 8787 Hammerly Boulevard, Houston, Harris County, Texas  77080.<br><br>ALL OF VILLAGE PARK TWO APARTMENTS, A SUBDIVISION IN HARRIS COUNTY, TEXAS ACCORDING TO THE MAP OR PLAT THEREOF, RECORDED IN VOLUME 245, PAGE 88 OF THE MAP RECORDS OF HARRIS COUNTY, TEXAS, BEING 9.778 ACRE OF LAND OUT OF THE A.T. | Fee Simple | | $7,400,000.00 | $3,259,926.26 |

B6A (Official Form 6A) (12/07) - Cont.

In re  **Marvky Corporation**                                Case No.   **10-37786**

                                                                                    (if known)

# SCHEDULE A - REAL PROPERTY

*Continuation Sheet No. 1*

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| MILES SURVEY, ABSTRACT NO. 556, HARRIS COUNTY, TEXAS (detailed description is available upon request).<br><br>Such property includes any warranties and insurance thereon or proceeds therefrom and any condemnation or eminent domain awards or proceeds. | | | | |
| | | Total: | $12,750,000.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re **Marvky Corporation**                                      Case No.   **10-37786**
                                                                               (if known)

# SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 1. Cash on hand. | | Petty Cash ($250 at each location) | $500.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account w/ Amegy Bank, Account No. 3122778 (related to Hammerly Walk Property), value as of 8/31/2010 | ($474.52) |
| | | Checking Account w/ J.P. Morgan Chase, Account No. 2313-7771 (related to Maryland Lakes Property), value as of 8/31/2010 | $14,964.81 |
| | | Tax Escrow Account - Held by Fannie Mae - Hammerly Walk, as of July 31, 2010 | $128,050.12 |
| | | Tax Escrow Account - Held by Fannie Mae - Maryland Lakes, as of July 31, 2010 | $24,396.61 |
| | | Insurance Escrow Account - Held by Fannie Mae - Hammerly Walk, as of July 31, 2010 | ($1,738.35) |
| | | Insurance Escrow Account - Held by Fannie Mae - Maryland Lakes, as of July 31, 2010 | $12,563.19 |
| | | Repair Escrow Account - Held by Fannie Mae - Hammerly Walk, as of July 31, 2010 | $553,354.00 |
| | | Repair Escrow Account - Held by Fannie Mae - Maryland Lakes, as of July 31, 2010 | $99,046.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Marvky Corporation**                                    Case No.   **10-37786**
                                                                                     (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Marvky Corporation**                                    Case No.   **10-37786**   _____
                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|:---:|---|---:|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | |
| 16. Accounts receivable. | | See Attached Detail of Deliquent Hammerly Walk Residents - Appendix #16 | $5,267.97 |
| | | See Attached Detail of Deliquent Maryland Lakes Residents - Appendix #16 | $23,354.85 |
| | | Funds Held By Greystar (Receiver on Maryland Lakes) | Unknown |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Loan to CNC Investments, Ltd (Note Amount Due to CNC Investment of $618,607) | $595,593.00 |
| | | Loan to Camden Station | $15,000.00 |
| | | Loan to Carriage House | $10,000.00 |
| | | Loan to Town Country | $224,027.00 |
| | | Loan to Trestles | $159,000.00 |
| | | Loan to Stockholders | $156,949.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Marvky Corporation**                                Case No.    **10-37786**
                                                                                          (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|:---:|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Marvky Corporation**                                    Case No.   **10-37786**
                                                                            (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 27. Aircraft and accessories. | X | | |
| 28. Office equipment, furnishings, and supplies. | | Office Furniture, Computers and related items - Maryland Lakes Apartment Complex<br>See Attached Appendix 28 | $5,000.00 |
| | | Office Furniture, Computers and related items - Hammerly Walk Apartment Complex<br>See Attached Appendix 28 | $4,500.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | |
| 30. Inventory. | X | | |
| 31. Animals. | X | | |
| 32. Crops - growing or harvested. Give particulars. | X | | |
| 33. Farming equipment and implements. | X | | |
| 34. Farm supplies, chemicals, and feed. | X | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | |

_____4_____ continuation sheets attached                **Total  >**    **$2,029,353.68**

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6D (Official Form 6D) (12/07)

In re  **Marvky Corporation**                          Case No.   **10-37786**
                                                                          (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Brown Sales Flooring, INC**<br>**2626 E Washington St.**<br>**Phoenix, AZ 85034** | | DATE INCURRED:  **Feb-10**<br>NATURE OF LIEN:<br>**M&M Lien**<br>COLLATERAL:<br>**Maryland Lakes Apartments, Glendale, Arizona**<br>REMARKS:<br><br>VALUE:                                **$5,350,000.00** | | | | **$1,899.06** | |
| ACCT #:<br><br>**Elite Apartment Services-Houston**<br>**13814 Lookout Road**<br>**San Antonio, TX 78229** | | DATE INCURRED:  **04/2008-5/2008**<br>NATURE OF LIEN:<br>**M&M Lien**<br>COLLATERAL:<br>**Hammerly Walk Apartments, Houston, Texas**<br>REMARKS:<br><br>VALUE:                                **$7,400,000.00** | | | | **$2,245.00** | |
| ACCT #:<br><br>**FANNIE MAE**<br>**c/o Elaine D. Flores, Esq**<br>**Winstead PC**<br>**1201 Elm Street, Suite 5400**<br>**Dallas, TX 75270** | | DATE INCURRED:  **1/7/99**<br>NATURE OF LIEN:<br>**Fee Simple**<br>COLLATERAL:<br>**Hammerly Walk Apartments, Houston, Texas**<br>REMARKS:<br><br>VALUE:                                **$7,400,000.00** | | | | **$3,172,792.00** | |
| ACCT #:<br><br>**FANNIE MAE**<br>**c/o Elaine D. Flores, Esq**<br>**Winstead PC**<br>**1201 Elm Street, Suite 5400**<br>**Dallas, TX 75270** | | DATE INCURRED:  **1/7/99**<br>NATURE OF LIEN:<br>**Fee Simple**<br>COLLATERAL:<br>**Maryland Lakes Apartments, Glendale, Arizona**<br>REMARKS:<br><br>VALUE:                                **$5,350,000.00** | | | | **$4,732,864.00** | |
| | | Subtotal (Total of this Page) > | | | | **$7,909,800.06** | **$0.00** |
| | | Total (Use only on last page) > | | | | | |

_____**2**_____continuation sheets attached

|  | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |
|---|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re **Marvky Corporation**                    Case No.   **10-37786**
                                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Harris County**<br>**Linebarger, Goggin, Blair, et al**<br>**P.O. Box 3064**<br>**Houston, TX  77253-3064** | | DATE INCURRED:  **1/1/10**<br>NATURE OF LIEN:<br>**Property Taxes**<br>COLLATERAL:<br>**Hammerly Walk Apartments, Houston, Texa**<br>REMARKS:<br>**2010 Harris County and Houston Real Property**<br>**Taxes (due 1/1/11)**<br><br>VALUE:                    **$7,400,000.00** | | | | **$80,311.14** | |
| ACCT #:<br><br>**Harris County**<br>**Linebarger, Goggin, Blair, et al**<br>**P.O. Box 3064**<br>**Houston, TX  77253-3064** | | DATE INCURRED:  **1/1/10**<br>NATURE OF LIEN:<br>**Property Taxes**<br>COLLATERAL:<br>**Office Equipment & Furniture - Hammerly Lake - S**<br>REMARKS:<br>**2010 Harris County and Houston Persoanl Property**<br>**Taxes (due 1/1/11)**<br><br>VALUE:                    **$4,500.00** | | | | **$56.72** | |
| ACCT #:<br><br>**Maintenance Supply Headquarters, LP**<br>**12315 Parc Crest Dr.**<br>**Suite 100**<br>**Stafford, TX 77477** | | DATE INCURRED:  **Feb-09**<br>NATURE OF LIEN:<br>**M&M Lien**<br>COLLATERAL:<br>**Hammerly Walk Apartments, Houston, Texa**<br>REMARKS:<br><br><br><br>VALUE:                    **$7,400,000.00** | | | | **$365.99** | |
| ACCT #:<br><br>**Presto Maintenance Supply, Inc.**<br>**580 N Shepard**<br>**Houston, TX 77007** | | DATE INCURRED:  **October 2009**<br>NATURE OF LIEN:<br>**M&M Lien**<br>COLLATERAL:<br>**Hammerly Walk Apartments, Houston, Texa**<br>REMARKS:<br><br><br><br>VALUE:                    **$7,400,000.00** | | | X | **$4,212.13** | |

Sheet no. ___**1**___ of ___**2**___ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this Page) >          | **$84,945.98** | **$0.00** |

Total (Use only on last page) >

(Report also on Summary of Schedules.)          (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re **Marvky Corporation**                        Case No.  **10-37786**
                                                            (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Sherwin Williams**<br>**5957 W. Northern #101**<br>**Glendale, AZ 85301** | | DATE INCURRED: **11/09-5/2010**<br>NATURE OF LIEN:<br>**M&M Lien**<br>COLLATERAL:<br>**Maryland Lakes Apartments, Glendale, Arizona**<br>REMARKS:<br><br>VALUE:                    **$5,350,000.00** | | | | $19,738.56 | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| | | | | |
|---|---|---|---|---|
| Sheet no. ___2___ of ___2___ continuation sheets attached to Schedule of Creditors Holding Secured Claims | Subtotal (Total of this Page) > | **$19,738.56** | **$0.00** |
| | Total (Use only on last page) > | **$8,014,484.60** | **$0.00** |
| | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (04/10)

In re  **Marvky Corporation**                                                    Case No.   __10-37786_____

                                                                                                                      (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐  **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☑  **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐  **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐  **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐  **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐  **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐  **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____2_____continuation sheets attached

B6E (Official Form 6E) (04/10) - Cont.

In re  **Marvky Corporation**                                    Case No.  **10-37786**
_____
(If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Wages, salaries, and commissions |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Adam Gobber**<br>**20808 N 27th Ave Apt 2028**<br>**Phoenix, AZ 85027** | | DATE INCURRED: **9/3/10**<br>CONSIDERATION:<br>**Payroll**<br>REMARKS: | | | | $1,014.00 | $1,014.00 | $0.00 |
| ACCT #:<br>**Armando Perez**<br>**4748 W Sierra Vista Dr #125**<br>**Glendale, AZ 85301** | | DATE INCURRED: **9/3/10**<br>CONSIDERATION:<br>**Payroll**<br>REMARKS:<br>**Contract Hourly Make Ready** | | | | $782.00 | $782.00 | $0.00 |
| ACCT #:<br>**Domingo Hernandez Pena**<br>**1221 East Mayfield Dr**<br>**Queen Creek, AZ 85243** | | DATE INCURRED: **9/3/10**<br>CONSIDERATION:<br>**Payroll**<br>REMARKS: | | | | $1,068.00 | $1,068.00 | $0.00 |
| ACCT #:<br>**Jesus Benetiz**<br>**6601 W Coronado**<br>**Phoenix, AZ 85035** | | DATE INCURRED: **9/3/10**<br>CONSIDERATION:<br>**Payroll**<br>REMARKS:<br>**Contract Hourly Landscape** | | | | $576.00 | $576.00 | $0.00 |
| ACCT #:<br>**Jose Zuniga**<br>**2524 W Glenrosa #1325S**<br>**Phoenix, AZ 85017** | | DATE INCURRED: **9/3/10**<br>CONSIDERATION:<br>**Payroll**<br>REMARKS:<br>**Contract Hourly Make Ready** | | | | $859.05 | $859.05 | $0.00 |
| ACCT #:<br>**Maria Robles**<br>**5521 N 72nd Ave**<br>**Glendale, AZ 85303** | | DATE INCURRED: **9/3/10**<br>CONSIDERATION:<br>**Payroll**<br>REMARKS: | | | | $720.00 | $720.00 | $0.00 |

Sheet no. ____**1**____ of ____**2**____ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

Subtotals (Totals of this page) >  | $5,019.05 | $5,019.05 | $0.00 |

Total >
(Use only on last page of the completed Schedule E.
Report also on the Summary of Schedules.)

Totals >
(Use only on last page of the completed Schedule E.
If applicable, report also on the Statistical Summary
of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/10) - Cont.

In re **Marvky Corporation**

Case No. **10-37786**
(If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Wages, salaries, and commissions |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Rosa Lopez**<br>**6532 W Van Buren #75**<br>**Phoenix, AZ 85043** | | DATE INCURRED: **9/3/10**<br>CONSIDERATION:<br>**Payroll**<br>REMARKS:<br>**Contract Hourly Housekeeping** | | | | **$720.00** | **$720.00** | **$0.00** |
| ACCT #:<br>**Sandro Valenzuela**<br>**2913 W Citrus Way**<br>**Phoenix, AZ 85017** | | DATE INCURRED: **9/3/10**<br>CONSIDERATION:<br>**Payroll**<br>REMARKS:<br>**Contract Hourly Asst Mtc** | | | | **$1,023.00** | **$1,023.00** | **$0.00** |
| ACCT #:<br>**Stacy J Burnham**<br>**PO Box 51751**<br>**Phoenix, AZ 85076** | | DATE INCURRED: **9/3/10**<br>CONSIDERATION:<br>**Payroll**<br>REMARKS: | | | | **$1,384.62** | **$1,384.62** | **$0.00** |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. ____**2**____ of ____**2**____ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | Subtotals (Totals of this page) > | **$3,127.62** | **$3,127.62** | **$0.00** |
|---|---|---|---|---|
| | Total ><br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | **$8,146.67** | | |
| | Totals ><br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | **$8,146.67** | **$0.00** |

B6F (Official Form 6F) (12/07)

In re   **Marvky Corporation**                                             Case No.   **10-37786**
                                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**A+Printer & Copier Repair Specialists**<br>**4869 N. 61st Ave**<br>**Phoenix, AZ  85033** | | DATE INCURRED:  **4/12/2008**<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $182.47 |
| ACCT #:<br>**A-1 Plumbing Contractors**<br>**5200 W. Bethany Home Rd**<br>**Glendale, AZ 85301** | | DATE INCURRED:  **Dec-09**<br>CONSIDERATION:<br><br>REMARKS: | | | | $533.06 |
| ACCT #:<br>**A1 Helium & Balloons LLC**<br>**2244 1st St**<br>**Rosenburg, TX 77471** | | DATE INCURRED:  **05/2007-10/2008**<br>CONSIDERATION:<br><br>REMARKS: | | | | $266.30 |
| ACCT #:<br>**ADT Security Services Inc.**<br>**P.O. Box 371956**<br>**Pittsburgh, PA 15250-7956** | | DATE INCURRED:  **Apr-09**<br>CONSIDERATION:<br><br>REMARKS: | | | | $40.83 |
| ACCT #:<br>**ALN Systems, Inc.**<br>**2611 Westgrove Drive**<br>**Carrollton, TX  75006** | | DATE INCURRED:  **May-08**<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $68.20 |
| ACCT #:<br>**American Balloons, Helium & Flags**<br>**P.O.Box 572020**<br>**Houston, TX 77257** | | DATE INCURRED:  **06/2008-9/2008**<br>CONSIDERATION:<br><br>REMARKS: | | | | $770.65 |
| | | | | Subtotal > | | $1,861.51 |
| | | | | Total > | | |

_____15_____ continuation sheets attached

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marvky Corporation**                                        Case No.   **10-37786**
                                                                            (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**American Leak Detection**<br>**PO Box 706**<br>**Gilbert, AZ 85299** | | DATE INCURRED: **Jul-10**<br>CONSIDERATION:<br><br>REMARKS: | | | | $550.00 |
| ACCT #:<br>**Ameristar Screen & Glass**<br>**P.O.Box 29309**<br>**Dallas, TX 75229** | | DATE INCURRED: **05/2010-8/2010**<br>CONSIDERATION:<br><br>REMARKS: | | | | $742.76 |
| ACCT #:<br>**Apartment Finder Network Communications**<br>**1940 E. Thunderbird #101**<br>**Phoenix, AZ 85027** | | DATE INCURRED: **Apr-10**<br>CONSIDERATION:<br><br>REMARKS: | | | | $308.50 |
| ACCT #:<br>**Apartments.com/Classified Ventures LLC**<br>**Classified Ventures LLC**<br>**2536 Collection Center Dr**<br>**Chicago, IL 60693** | | DATE INCURRED: **1/8/2010**<br>CONSIDERATION:<br><br>REMARKS: | | | | $884.00 |
| ACCT #:<br>**Apodaca's Glass & Doors**<br>**PO Box 6771**<br>**Phoenix, AZ 85005** | | DATE INCURRED: **03/2008-10/2009**<br>CONSIDERATION:<br><br>REMARKS: | | | | $885.00 |
| ACCT #:<br>**Appliance Direct, Inc.**<br>**921 Law Street Suite #3**<br>**San Diego, CA 92109** | | DATE INCURRED: **11/6/2008**<br>CONSIDERATION:<br><br>REMARKS: | | | | $4,384.12 |

Sheet no. ___1___ of ___15___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    **$7,754.38**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marvky Corporation**                                    Case No.   **10-37786**
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Arizona Air Boutique, Inc.**<br>**10401 N. 32nd, Suite E**<br>**Phoenix, AZ  85028** | | DATE INCURRED: **Jun-07**<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $255.79 |
| ACCT #:<br>**Arizona Housing Experts, LLC**<br>**5838 W. Olive Ave.#C-104**<br>**Glendale, AZ 85302** | | DATE INCURRED: **01/2010-6/2010**<br>CONSIDERATION:<br><br>REMARKS: | | | | $5,950.00 |
| ACCT #:<br>**Arizona Multihousing Association**<br>**5110 N. 44th Street**<br>**Suite 160L**<br>**Phoenix, AZ 85018** | | DATE INCURRED: **7/1/2009**<br>CONSIDERATION:<br><br>REMARKS: | | | | $786.00 |
| ACCT #:<br>**Arizona Plumbing Services, Inc.**<br>**P.O.Box 6337**<br>**Phoenix, AZ 85007** | | DATE INCURRED: **9/11/2008**<br>CONSIDERATION:<br><br>REMARKS: | | | | $1,319.06 |
| ACCT #:<br>**ASAP Answering Service**<br>**P.O. Box 2015**<br>**Channelview, TX  77530** | | DATE INCURRED:<br>CONSIDERATION:<br>**Utilities**<br>REMARKS: | | | | $862.38 |
| ACCT #:<br>**Astros Carpet and Painting Co.**<br>**10802 Roark Road**<br>**Houston, TX  77099** | | DATE INCURRED: **9/6/2007**<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $385.00 |

Sheet no. _____**2**_____ of _____**15**_____ continuation sheets attached to              Subtotal >          $9,558.23

Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marvky Corporation**                    Case No.   **10-37786**
                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxx xxx-xxx6 817**<br>**AT&T**<br>**P.O.Box 5001**<br>**Carol Stream, IL 60197-5001** | | DATE INCURRED:  **5/21/2010**<br>CONSIDERATION:<br>**Utilities**<br>REMARKS: | | | | $502.81 |
| ACCT #:<br>**Brilliant Promotional Products**<br>**10161 Harwin Suite #125**<br>**Houston, TX 77036** | | DATE INCURRED:  **05/2009-6/09**<br>CONSIDERATION:<br>REMARKS: | | | | $439.39 |
| ACCT #:<br>**Broadview Security**<br>**8880 Esters Blvd.**<br>**Irving, TX  75063** | | DATE INCURRED:  **6/18/2010**<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $107.97 |
| ACCT #:<br>**Carpet Services, Inc.**<br>**2608 East Lupin Avenue**<br>**Phoenix, AZ  85028** | | DATE INCURRED:  **02/2008-11/2008**<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $1,450.00 |
| ACCT #:  **xxxx874-8**<br>**Center Point Energy**<br>**P.O. Box 4981**<br>**Houston, TX 77210-4981** | | DATE INCURRED:<br>CONSIDERATION:<br>**Utilities**<br>REMARKS: | | | | $2,375.25 |
| ACCT #:<br>**Champion Energy Services**<br>**PO Box 4190**<br>**Houston, TX  77210-4190** | | DATE INCURRED:<br>CONSIDERATION:<br>**Utilities**<br>REMARKS: | | | | $3,349.64 |

Sheet no. ____3____ of ____15____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $8,225.06

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marvky Corporation**                                                 Case No.   **10-37786**
                                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**City of Glendale<br>PO Box 500<br>Glendale, AZ  85311-500** | | DATE INCURRED:<br>CONSIDERATION:<br>**Utilities**<br>REMARKS: | | | | $16,200.80 |
| ACCT #:<br>**City of Glendale (Water/Sewer Dept.)<br>P.O.Box 500<br>Glendale, AZ 85311** | | DATE INCURRED:  **12/29/2009**<br>CONSIDERATION:<br><br>REMARKS: | | | | $63.69 |
| ACCT #:  **xxxx-xxxx-1032**<br>**City of Houston<br>P.O. Box 1560<br>Houston, TX  77251** | | DATE INCURRED:<br>CONSIDERATION:<br>**Utilities**<br>REMARKS: | | | | $14,363.15 |
| ACCT #:<br>**CNC Developers<br>PO Box 681027<br>Houston, TX  77268** | | DATE INCURRED:  **12/31/2009**<br>CONSIDERATION:<br>**Repairs & Rehab**<br>REMARKS: | | | | $201,020.00 |
| ACCT #:<br>**CNC Investments LTD LLP<br>4420 FM 1960 West<br>Suite 224<br>Houston, TX 77068** | | DATE INCURRED:  **01/2009-8/2010**<br>CONSIDERATION:<br>**Loan**<br>REMARKS:<br>**Note Amount Due from CNC = $595,592.55** | | | | $618,607.38 |
| ACCT #:<br>**Cort Furniture Rental<br>5448 Westchester Rd.<br>Westchester, OH 45069** | | DATE INCURRED:  **6/3/2009**<br>CONSIDERATION:<br><br>REMARKS: | | | | $377.83 |

Sheet no. ____**4**____ of ____**15**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | Subtotal > | **$850,632.85** |
|---|---|---|
| | Total > | |
| (Use only on last page of the completed Schedule F.) | | |
| (Report also on Summary of Schedules and, if applicable, on the | | |
| Statistical Summary of Certain Liabilities and Related Data.) | | |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marvky Corporation**                                    Case No.   **10-37786**
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Custom Cooling, LLC**<br>**9132 W. Cactus Road, Suite R**<br>**Peoria, AZ  85381** | | DATE INCURRED:  **1/9/2008**<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $1,861.08 |
| ACCT #:<br>**D&D Business Systems- Mano Rao**<br>**3110 Mosby Drive**<br>**Sugar Land, TX  77479** | | DATE INCURRED:  **5/26/2008**<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $150.00 |
| ACCT #:  **x7625**<br>**Direct Energy Business**<br>**P.O. Box 676863**<br>**Dallas, TX  75267-6863** | | DATE INCURRED:<br>CONSIDERATION:<br>**Utilities**<br>REMARKS: | | | | $2,948.08 |
| ACCT #:  **x8992**<br>**DSL Extreme.com**<br>**PO Box 221020**<br>**Salt Lake City, UT  84122-1050** | | DATE INCURRED:<br>CONSIDERATION:<br>**Utilities**<br>REMARKS: | | | | $24.83 |
| ACCT #:<br>**Eclipse Carpet Cleaning**<br>**PO Box 1987**<br>**Phoenix, AZ 85001** | | DATE INCURRED:  **09/2009-12/2009**<br>CONSIDERATION:<br>REMARKS: | | | | $2,945.00 |
| ACCT #:<br>**Edward Heaney**<br>**2524 W. Glenrosa**<br>**Phoenix, AZ 14550** | | DATE INCURRED:  **8/6/2010**<br>CONSIDERATION:<br>REMARKS: | | | | $65.00 |

Sheet no.   **5**   of   **15**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $7,993.99

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marvky Corporation**

Case No.   **10-37786**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**EZ Glass**<br>**3116 S. Mill Ave. #180**<br>**Tempe, AZ 85282** | | DATE INCURRED: **Nov-09**<br>CONSIDERATION:<br><br>REMARKS: | | | | $515.64 |
| ACCT #:<br>**FMV Constractors**<br>**4743 Glenvillage Street**<br>**Houston, TX  77086** | | DATE INCURRED: **Nov-09**<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $1,338.00 |
| ACCT #:<br>**For Rent Magazine**<br>**75 Remittance Rd., Suite 1705**<br>**Chicago, IL  60675** | | DATE INCURRED: **03/2008-9-2008**<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $5,100.00 |
| ACCT #:<br>**G E Capital**<br>**P.O.Box 740423**<br>**Atlanta, GA 30374** | | DATE INCURRED: **7/28/2010**<br>CONSIDERATION:<br><br>REMARKS: | | | | $62.98 |
| ACCT #:  **xxx8190**<br>**Granite Telecommunications**<br>**PO Box 83197**<br>**Woburn, MA  01813-3197** | | DATE INCURRED:<br>CONSIDERATION:<br>**Utilities**<br>REMARKS: | | | | $57.31 |
| ACCT #:<br>**Great Western Appliances**<br>**405 South 35 Ave.**<br>**Phoenix, AZ  85009** | | DATE INCURRED: **01/2008-2/2008**<br>CONSIDERATION:<br>**Business Related**<br>REMARKS: | | | | $2,004.08 |

Sheet no. ____**6**____ of ____**15**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$9,078.01**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marvky Corporation**                                     Case No.  **10-37786**
                                                                         (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **Green N Growing Landscaping** <br> **PO Box 30339** <br> **Phoenix, AZ 85046** | | DATE INCURRED:  **02/2010-04/2010** <br> CONSIDERATION: <br><br> REMARKS: | | | | **$6,600.00** |
| ACCT #: <br> **Green Thumb Lawn & Special Services** <br> **P.O.Box 451549** <br> **Houston, TX 77245** | | DATE INCURRED:  **7/1/2009** <br> CONSIDERATION: <br><br> REMARKS: | | | | **$1,500.00** |
| ACCT #: <br> **Harris County Tax Assessor-Collector** <br> **Leo Vasquez** <br> **P.O. Box 4622** <br> **Houston, TX  77210-4622** | | DATE INCURRED: <br> CONSIDERATION: <br> **Property Taxes** <br> REMARKS: | | | | **Notice Only** |
| ACCT #: <br> **HICO** <br> **Helium & Balloons AZ LLC** <br> **1545 N. Rico Circle** <br> **Mesa, AZ  85213, AZ 85213** | | DATE INCURRED:  **4/25/2008** <br> CONSIDERATION: <br><br> REMARKS: | | | | **$205.32** |
| ACCT #: <br> **Hurricane Glass, Inc.** <br> **PO Box 61** <br> **S. Houston, TX  77587** | | DATE INCURRED:  **07/2007-8/2007** <br> CONSIDERATION: <br> **Trade Debt** <br> REMARKS: | | | | **$583.23** |
| ACCT #: <br> **In the Swim** <br> **320 Industrial Dr.** <br> **W. Chicago, IL 60185** | | DATE INCURRED:  **4/27/2009** <br> CONSIDERATION: <br><br> REMARKS: | | | | **$217.89** |

Sheet no. ___7___ of ___15___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$9,106.44**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Marvky Corporation**

Case No. **10-37786**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Industrial Chem Labs & Services, Inc.**<br>**55-G Brook Ave.**<br>**Deer Park, NY  11729** | | DATE INCURRED:  **9/22/2008**<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $115.00 |
| ACCT #:<br>**Internal Revenue Service**<br>**Insolvency Section I**<br>**1919 Smith Street**<br>**Stop 5022 HOU**<br>**Houston, TX 77002** | | DATE INCURRED:<br>CONSIDERATION:<br>**1040 Taxes**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Lack's Cleaning Services**<br>**10921 West Morten Avenue**<br>**Glendale, AZ 85307** | | DATE INCURRED:  **01/2010-4/2010**<br>CONSIDERATION:<br>REMARKS: | | | | $3,850.00 |
| ACCT #:<br>**Leslie's Pool**<br>**3925 E Broadway Rd #100**<br>**Phoenix, AZ 85040** | | DATE INCURRED:  **7/7/2009**<br>CONSIDERATION:<br>REMARKS: | | | | $389.86 |
| ACCT #:<br>**LexisNexis Screening Solutions**<br>**P.O. Box 730694**<br>**Dallas, TX 75373-0694** | | DATE INCURRED:  **04/2010-6/2010**<br>CONSIDERATION:<br>REMARKS: | | | | $835.50 |
| ACCT #:<br>**M. D. Gilbert, Inc.**<br>**P.O. Box 5835**<br>**Kingwood, TX 77325-5835, TX 77325** | | DATE INCURRED:  **06/2010-9/2009**<br>CONSIDERATION:<br>REMARKS: | | | | $180.00 |

Sheet no. __8__ of __15__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $5,370.36

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marvky Corporation**                                     Case No.   **10-37786**
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Manohar Rao**<br>**P.O.Box 75**<br>**Stafford, TX 77497-0075** | | DATE INCURRED:  **01/2010-7/2010**<br>CONSIDERATION:<br><br>REMARKS: | | | | **$465.00** |
| ACCT #:<br>**Maricopa County Assessor**<br>**301 W. Jefferson St.**<br>**Phoenix, AZ 85003** | | DATE INCURRED:<br>CONSIDERATION:<br>**Property Taxes**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Marmill, Inc.**<br>**P.O.Box 771611**<br>**Houston, TX 77215** | | DATE INCURRED:  **2/1/2009**<br>CONSIDERATION:<br><br>REMARKS: | | | | **$1,299.00** |
| ACCT #:<br>**McCauley Lumber Company**<br>**626 Aldine Bender**<br>**Houston, TX 77060** | | DATE INCURRED:  **5/7/2010**<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$3,459.01** |
| ACCT #:<br>**Melrose Landscape**<br>**PO Box 842007**<br>**Houston, TX  77284** | | DATE INCURRED:  **8/10/2010**<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$487.20** |
| ACCT #:<br>**Mid American Specialties Ind**<br>**PO Box 382127**<br>**Germantown, TN  38183** | | DATE INCURRED:  **6/25/2008**<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | **$1,791.99** |

Sheet no.  **9**  of  **15**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$7,502.20**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marvky Corporation**                                  Case No.   **10-37786**
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**MW Rohling**<br>**16920 Kuykendahl #118**<br>**Houston, TX 77068** | | DATE INCURRED: **10/8/2009**<br>CONSIDERATION:<br><br>REMARKS: | | | | $216.61 |
| ACCT #:<br>**Namco Manufacturing, Inc.**<br>**1651 Blalock**<br>**Houston, TX 77080** | | DATE INCURRED: **2/29/2008**<br>CONSIDERATION:<br><br>REMARKS: | | | | $283.11 |
| ACCT #:<br>**National Apartment Association**<br>**P.O. Box 75219**<br>**Baltimore, MD 21275-5219** | | DATE INCURRED: **4/23/2010**<br>CONSIDERATION:<br><br>REMARKS: | | | | $292.00 |
| ACCT #:<br>**Office Depot, Inc.**<br>**5050 Kingsley Drive**<br>**Cincinnati, OH 45263** | | DATE INCURRED: **04/2010-6/2010**<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $190.82 |
| ACCT #:<br>**On-Site.com**<br>**2465 Latham Street, Suite 301**<br>**Mountainview, CA 94040** | | DATE INCURRED: **6/19/2010**<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $99.00 |
| ACCT #:<br>**Osorio's Carpet**<br>**12033 Reedcrest Street**<br>**Houston, TX 77085** | | DATE INCURRED: **Sep-06**<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $2,850.00 |

Sheet no. __**10**__ of __**15**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    $3,931.54

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Marvky Corporation**

Case No. **10-37786**

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Ozarka Spring Water Company**<br>**PO Box 52214**<br>**Phoenix, AZ  85072** | | DATE INCURRED:  **01/2007-4/2008**<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $218.46 |
| ACCT #:<br>**Phone-Jet Telecom Inc**<br>**PO Box 866366**<br>**Plano, TX 75086** | | DATE INCURRED:  **7/1/2010**<br>CONSIDERATION:<br>**Utilities**<br>REMARKS: | | | | $65.00 |
| ACCT #:<br>**Pitney Bowes**<br>**PO Box 856056**<br>**Loiusville, KY  40785** | | DATE INCURRED:  **8/1/2010**<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $45.00 |
| ACCT #:<br>**Preferred Carpet Services, Inc.**<br>**PO Box 1106**<br>**S. Houston, TX  77587** | | DATE INCURRED:  **04/2010-7/2010**<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $3,647.44 |
| ACCT #:<br>**Prensa Classifieds**<br>**809 E. Washington Ste.209**<br>**Phoenix, AZ 85034** | | DATE INCURRED:  **6/1/2009**<br>CONSIDERATION:<br>REMARKS: | | | | $422.10 |
| ACCT #:<br>**Quest Diagnostics**<br>**P.O. Box 740709**<br>**Atlanta, GA 30374** | | DATE INCURRED:  **7/27/2010**<br>CONSIDERATION:<br>REMARKS: | | | | $58.00 |

Sheet no. ____11____ of ____15____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >     $4,456.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marvky Corporation**                                      Case No.   **10-37786**
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxx-xxx-xxxx 902B**<br>**Qwest**<br>**PO Box 29040**<br>**Phoenix, AZ  85038-9039** | | DATE INCURRED:<br>CONSIDERATION:<br>**Utilities**<br>REMARKS: | | | | $1,150.32 |
| ACCT #:<br>**Rainbow Valley Carpet Cleaners**<br>**8206 S.225 AVe**<br>**Buckeye, AZ 85326** | | DATE INCURRED:  **09/10/2007-11/26/2007**<br>CONSIDERATION:<br><br>REMARKS: | | | | $1,742.00 |
| ACCT #:<br>**Realty Legal Services**<br>**P O Box 34772**<br>**Phoenix, AZ 85067** | | DATE INCURRED:  **04/06/2010-05/21/2010**<br>CONSIDERATION:<br><br>REMARKS: | | | | $2,185.00 |
| ACCT #:<br>**Reliant Energy**<br>**P.O. Box 650475**<br>**Houston, TX  77265-0475** | | DATE INCURRED:<br>CONSIDERATION:<br>**Utitlies**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **x-xxxx-xxx3770**<br>**Republic Services**<br>**PO Box 78829**<br>**Phoenix, AZ  85062-8829** | | DATE INCURRED:<br>CONSIDERATION:<br>**Utilities**<br>REMARKS: | | | | $885.49 |
| ACCT #:<br>**Rite-Way Carpet Dyeing & Cleaning**<br>**2524 East Washington St**<br>**Phoenix, AZ 85034** | | DATE INCURRED:  **06/28/2010-07/19/2010**<br>CONSIDERATION:<br><br>REMARKS: | | | | $1,335.00 |

Sheet no.  ___**12**___ of  ___**15**___ continuation sheets attached to                                    Subtotal >   **$7,297.81**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marvky Corporation**                                        Case No.   **10-37786**
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Roto-Rooter Plumbing Drain Service**<br>**7250 West Frier Dr. #105**<br>**Glendale, AZ 85303** | | DATE INCURRED:  **02/28/2009-03/14/2009**<br>CONSIDERATION:<br><br>REMARKS: | | | | $750.50 |
| ACCT #:<br>**Sherwin Williams**<br>**6450 Long Point**<br>**Houston, TX 77055** | | DATE INCURRED:  **11/09-5/2010**<br>CONSIDERATION:<br><br>REMARKS: | | | | $3,595.03 |
| ACCT #:<br>**Sinmar Realty, LLC**<br>**10410 N. 31st Ave #402**<br>**Phoenix, AZ 85051** | | DATE INCURRED:  **01/20/2009-03/01/2010**<br>CONSIDERATION:<br><br>REMARKS: | | | | $948.50 |
| ACCT #:<br>**SRP**<br>**PO Box 80062**<br>**Prescott, AZ  86304-8062** | | DATE INCURRED:<br>CONSIDERATION:<br>**Utilities**<br>REMARKS: | | | | $1,767.64 |
| ACCT #:<br>**Stacy Burnham**<br>**Maryland Lakes- Petty Cash**<br>**4748 W Sierra Vista Dr- Leasing Ofc**<br>**Glendale, AZ 85301** | | DATE INCURRED:  **7/14/2010**<br>CONSIDERATION:<br><br>REMARKS: | | | | $7.95 |
| ACCT #:<br>**Sunshade Cleaning Services**<br>**5834 N. 35th Ave**<br>**Phoenix, AZ 85017** | | DATE INCURRED:  **07/02/2009-08/01/2009**<br>CONSIDERATION:<br><br>REMARKS: | | | | $265.00 |

Sheet no. ____**13**____ of ____**15**____ continuation sheets attached to                                    Subtotal >        $7,334.62

Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                              Total >
                                    **(Use only on last page of the completed Schedule F.)**
                                    **(Report also on Summary of Schedules and, if applicable, on the**
                                    **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marvky Corporation**                                    Case No.   **10-37786**
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **Swat Team** <br> **117 West Hatcher** <br> **Phoenix, AZ 85021** | | DATE INCURRED:  **7/8/2009-08/02/2010** <br> CONSIDERATION: <br> **Utilities** <br> REMARKS: | | | | $1,110.00 |
| ACCT #: <br> **The Arizona Republic** <br> **Customer Acct. Services** <br> **PO Box 200** <br> **Phoenix, AZ  85001** | | DATE INCURRED:  **7/2/2007** <br> CONSIDERATION: <br> **Trade Debt** <br> REMARKS: | | | | $563.06 |
| ACCT #: <br> **Tono Carpet Care** <br> **P.O. Box 111908** <br> **Houston, TX 77293** | | DATE INCURRED:  **2/5/2010** <br> CONSIDERATION: <br> REMARKS: | | | | $875.00 |
| ACCT #:   **xxxxxxx-x xxx xxxx512-2** <br> **USA Mobility** <br> **PO Box 660770** <br> **Dallas, TX  75266-0770** | | DATE INCURRED: <br> CONSIDERATION: <br> **Utilities** <br> REMARKS: | | | | $209.56 |
| ACCT #: <br> **Valley Gas & Gear** <br> **5344 W. Missouri Ave.** <br> **Glendale, AZ 85301** | | DATE INCURRED:  **07/31/2008-12/31/2008** <br> CONSIDERATION: <br> REMARKS: | | | | $57.41 |
| ACCT #: <br> **Valley King** <br> **12416 N.28th Dr.#6** <br> **Phoenix, AZ 85029** | | DATE INCURRED:  **02/18/2009-11/30/2009** <br> CONSIDERATION: <br> REMARKS: | | | | $940.00 |

Sheet no.  __14__  of  __15__  continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    **$3,755.03**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marvky Corporation**                                   Case No.   **10-37786**
_____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Vista Imaging Supplies, Inc.**<br>**12021 Wilshire Blvd, Suite 546**<br>**Los Angeles, CA  90025** | | DATE INCURRED:  **7/24/2007**<br>CONSIDERATION:<br>**Trade Debt**<br>REMARKS: | | | | $287.49 |
| ACCT #:  **xxx8690**<br>**Waste Reduction**<br>**PO Box 50217**<br>**Jacksonville Beach, FL  32240** | | DATE INCURRED:<br>CONSIDERATION:<br>**Utilities**<br>REMARKS: | | | | $254.80 |
| ACCT #:<br>**Webb Pest Control, Inc.**<br>**P. O. Box 924226**<br>**Houston, TX 77292** | | DATE INCURRED:  **8/1/2009**<br>CONSIDERATION:<br><br>REMARKS: | | | | $276.79 |
| ACCT #:<br>**Welcome Home America, Inc.**<br>**P.O.Box 246**<br>**Holly Springs, GA 30142** | | DATE INCURRED:  **10/4/2007**<br>CONSIDERATION:<br><br>REMARKS: | | | | $780.15 |
| ACCT #:<br>**Wilmar Supply**<br>**P.O.Box 404284**<br>**Atlanta, GA 30385** | | DATE INCURRED:  **03/01/2010-7/16/2010**<br>CONSIDERATION:<br><br>REMARKS: | | | | $6,919.49 |
| | | | | | | |

Sheet no. _____**15**_____ of _____**15**_____ continuation sheets attached to           Subtotal >          **$8,518.72**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >          **$952,376.75**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6G (Official Form 6G) (12/07)

In re  **Marvky Corporation**                                    Case No.  __10-37786_____
                                                                                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **CNC Investments LTD LLP**<br>4420 FM 1960 West<br>Suite 224<br>Houston, TX 77068 | Management Agreement (greater of 3% of gross collections or $2,500 per Property per month)<br>Contract to be ASSUMED |
| **G E Capital**<br>P.O.Box 740423<br>Atlanta, GA 30374 | Lease of copier/fax machine at Maryland Lakes<br>Contract to be ASSUMED |

B6H (Official Form 6H) (12/07)

In re **Marvky Corporation**                                   Case No.   **10-37786**
                                                                              (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

B6 Summary (Official Form 6 - Summary) (12/07)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

In re  **Marvky Corporation**                                      Case No.      **10-37786**

                                                                   Chapter      **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 2 | $12,750,000.00 | | |
| B - Personal Property | Yes | 5 | $2,029,353.68 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | $8,014,484.60 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $8,146.67 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 16 | | $952,376.75 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| TOTAL | | 31 | $14,779,353.68 | $8,975,008.02 | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Marvky Corporation**                                    Case No.  **10-37786**

                                                                        (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the _____**President**_____ of the _____**Corporation**_____
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
_____**32**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1.)

Date  **09/25/2010**                                    Signature  **/s/ Chowdary "Charlie" Yalamanchili**

                                                                  **Chowdary "Charlie" Yalamanchili**
                                                                  **President**

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or
both.  18 U.S.C. §§ 152 and 3571.*

B7 (Official Form 7) (04/10)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

In re:  **Marvky Corporation**                                    Case No.  **10-37786**

                                                                          (if known)

# STATEMENT OF FINANCIAL AFFAIRS

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $1,117,584 | 2008 Total Income from Maryland Lakes Apartments |
| $1,457,802 | 2008 Total Income for Hammerly Walk Apartments |
| $787,701 | 2009 Total Income for Maryland Lakes Apartments |
| $1,353,116 | 2009 Total Income for Hammerly Walk Apartments |
| $739,605 | 2010 Total Income through July 31, 2010 for Hammerly Walk Apartments |
| $437,733 | 2010 Total Income through July 31, 2010 for Maryland Lakes Apartments |

### 2. Income other than from employment or operation of business

None
☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None
☑

a.  Individual or joint debtor(s) with primarily consumer debts:  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600.  Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☐

b.  Debtor whose debts are not primarily consumer debts:  List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| See attached detailed schedule | | | |

None
☑

c.  All debtors:  List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re:   **Marvky Corporation**                    Case No.   **10-37786**

                                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 1*

---

None ☐

**4. Suits and administrative proceedings, executions, garnishments and attachments**

a.  List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Fannie Mae v. Marvky Corporation, CV2010-023323** | **Application for Appointment of Receiver** | **Superior Court of Arizona, Maricopa County** | **Receiver Appointed** |

---

None ☑

b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

**5. Repossessions, foreclosures and returns**

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

**6. Assignments and receiverships**

a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☐

b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT, CASE TITLE AND NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| **GREP Southwest, LLC dba Greystar** | **Superior Court of Arizona, Maricopa County** | **August 26, 2010** | **Rents collected between appointment and Petition Date** |

---

None ☑

**7. Gifts**

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

**8. Losses**

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re:   **Marvky Corporation**                                    Case No.   **10-37786**

                                                                                        (if known)

# STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 2*

---

None ☐

**9. Payments related to debt counseling or bankruptcy**

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| John Akard Jr., of Counsel Mason, Coplen & Banks, PC 7500 San Felipe, Suite 700 Houston, TX 77063 | August 28, 2010 September 3, 2010 | $2,500.00 $10,000.00 |

---

None ☑

**10. Other transfers**

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

None ☑

**11. Closed financial accounts**

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

**12. Safe deposit boxes**

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

**13. Setoffs**

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

**14. Property held for another person**

List all property owned by another person that the debtor holds or controls.

---

None ☑

**15. Prior address of debtor**

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re:   **Marvky Corporation**                                          Case No.   **10-37786**
                                                                                                      (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

### 16. Spouses and Former Spouses

None ☑  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None ☑  a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None ☑  b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None ☑  c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

### 18. Nature, location and name of business

None ☑  a.  If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

---

None ☑  b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

B7 (Official Form 7) (04/10) - Cont.

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

In re:   **Marvky Corporation**                                            Case No.   **10-37786** _____

                                                                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

---

### 19. Books, records and financial statements

None ☐
a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

**NAME AND ADDRESS**                              **DATES SERVICES RENDERED**
**Sree Hari & Lili Han**
**CNC Investments Ltd**
**4420 FM 1960 West, Suite 224**
**Houston, TX 77068**

---

None ☑
b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

---

None ☑
c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

---

None ☐
d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

**NAME AND ADDRESS**                              **DATE ISSUED**
**Financial statements regularly prepared and**
**presented to Grandbridge Real Estate on behalf**
**of Fannie Mae**

---

### 20. Inventories

None ☑
a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None ☑
b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

### 21. Current Partners, Officers, Directors and Shareholders

None ☑
a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

In re:   **Marvky Corporation**                                   Case No.   **10-37786**
                                                                                          (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

None
☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or
        holds 5 percent or more of the voting or equity securities of the corporation.

|  |  | **NATURE AND PERCENTAGE** |
|---|---|---|
| **NAME AND ADDRESS** | **TITLE** | **OF STOCK OWNERSHIP** |
| **Chowdary Yalamanchili**<br>**12204 Cypress Court**<br>**Houston, TX  77065** | **President, Director,**<br>**Shareholder** | **2% S Corp Stock (per**<br>**K-1)** |
| **Malladi Reddy**<br>**2398 Bay Crest Drive**<br>**Houston, TX 77058** | **Shareholder** | **30% S Corp Stock**<br>**(per K-1)** |
| **Bhagvan R. Malladi**<br>**1411 Bending Brook**<br>**Lufkin, TX  75904** | **Vice-President, Shareholder** | **25% S Corp Stock**<br>**(per K-1)** |
| **Kommula C. Rao**<br>**704 Colgate Avenue**<br>**Big Spring, TX 79720** | **Shareholder** | **5% S Corp Stock (per**<br>**K-1)** |
| **Krishna G. Yalamanchili**<br>**634 Woodstone**<br>**Baton Rouge, LA 70808** | **Shareholder** | **5% S Corp Stock (per**<br>**K-1)** |
| **Krishnama K. Raju**<br>**6906 Royal Hunt Ridge Drive**<br>**Riverside, CA  92506** | **Shareholder** | **5% S Corp Stock (per**<br>**K-1)** |
| **Mohana R. Arla**<br>**1402 Hadleigh Place**<br>**Louisville, KY  40222** | **Shareholder** | **5% S Corp Stock (per**<br>**K-1)** |
| **Penmesta N. Varma**<br>**44215 North 15th Street**<br>**Suite 115**<br>**Lancaster, CA  93534** | **Shareholder** | **5% S Corp Stock (per**<br>**K-1)** |
| **Sujatha Yalamanchili**<br>**12204 Cypress Court**<br>**Houston, TX  77065** | **Shareholder** | **1.5% S Corp Stock**<br>**(per K-1)** |
| **Suneeta Yalamanchili**<br>**12204 Cypress Court**<br>**Houston, TX  77065** | **Shareholder** | **1.5% S Corp Stock**<br>**(per K-1)** |
| **Vidyadhar Gandra**<br>**490 Morning Side Drive**<br>**Crown Point, IN  46307** | **Shareholder** | **15% S Corp Stock**<br>**(per K-1)** |

**22. Former partners, officers, directors and shareholders**

None
☑    a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement
        of this case.

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re:   **Marvky Corporation**                                   Case No.   **10-37786**

                                                                                          (if known)

# STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 6*

---

None
☑   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

---

None
☑   **23. Withdrawals from a partnership or distributions by a corporation**

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

---

None
☑   **24. Tax Consolidation Group**

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

---

None
☑   **25. Pension Funds**

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

---

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   **09/25/2010**                                   Signature   **/s/ Chowdary "Charlie" Yalamanchili**

                                                                          ***Chowdary "Charlie" Yalamanchili***
                                                                          ***President***

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

IN RE:  **Marvky Corporation**                                            Case No.  **10-37786**

Chapter  **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.  If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| CNC Investments LTD LLP<br>4420 FM 1960 West<br>Suite 224<br>Houston, TX 77068 | | Loan | | **$618,607.38** |
| CNC Developers<br>PO Box 681027<br>Houston, TX  77268 | | Repairs & Rehab | | **$201,020.00** |
| City of Glendale<br>PO Box 500<br>Glendale, AZ  85311-500 | | Utilities | | **$16,200.80** |
| City of Houston<br>P.O. Box 1560<br>Houston, TX  77251 | | Utilities | | **$14,363.15** |
| Wilmar Supply<br>P.O.Box 404284<br>Atlanta, GA 30385 | | | | **$6,919.49** |
| Green N Growing Landscaping<br>PO Box 30339<br>Phoenix, AZ 85046 | | | | **$6,600.00** |

B4 (Official Form 4) (12/07)

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

IN RE:  **Marvky Corporation**                                          Case No.  **10-37786**

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Arizona Housing Experts, LLC<br>5838 W. Olive Ave.#C-104<br>Glendale, AZ 85302 | | | | **$5,950.00** |
| For Rent Magazine<br>75 Remittance Rd., Suite 1705<br>Chicago, IL  60675 | | Trade Debt | | **$5,100.00** |
| Appliance Direct, Inc.<br>921 Law Street Suite #3<br>San Diego, CA 92109 | | | | **$4,384.12** |
| Lack's Cleaning Services<br>10921 West Morten Avenue<br>Glendale, AZ 85307 | | | | **$3,850.00** |
| Preferred Carpet Services, Inc.<br>PO Box 1106<br>S. Houston, TX  77587 | | Trade Debt | | **$3,647.44** |
| Sherwin Williams<br>6450 Long Point<br>Houston, TX 77055 | | | | **$3,595.03** |
| McCauley Lumber Company<br>626 Aldine Bender<br>Houston, TX 77060 | | Trade Debt | | **$3,459.01** |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Marvky Corporation**                                          Case No.   **10-37786**

                                                                          Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Champion Energy Services<br>PO Box 4190<br>Houston, TX  77210-4190 | | Utilities | | **$3,349.64** |
| Direct Energy Business<br>P.O. Box 676863<br>Dallas, TX  75267-6863 | | Utilities | | **$2,948.08** |
| Eclipse Carpet Cleaning<br>PO Box 1987<br>Phoenix, AZ 85001 | | | | **$2,945.00** |
| Osorio's Carpet<br>12033 Reedcrest Street<br>Houston, TX  77085 | | Trade Debt | | **$2,850.00** |
| Center Point Energy<br>P.O. Box 4981<br>Houston, TX 77210-4981 | | Utilities | | **$2,375.25** |
| Realty Legal Services<br>P O Box 34772<br>Phoenix, AZ 85067 | | | | **$2,185.00** |
| Great Western Appliances<br>405 South 35 Ave.<br>Phoenix, AZ  85009 | | Business Related | | **$2,004.08** |

B4 (Official Form 4) (12/07)

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

IN RE:   **Marvky Corporation**                                    Case No.   **10-37786**

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
*Continuation Sheet No. 3*

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**President**_____ of the _____**Corporation**_____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **09/25/2010**_____          Signature: **/s/ Chowdary "Charlie" Yalamanchili**_____
                                                              *Chowdary "Charlie" Yalamanchili*
                                                              **President**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:                                            CHAPTER   **11**
**Marvky Corporation**

DEBTOR(S)                                         CASE NO   **10-37786**

## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Bhagvan R Malladi 1411 Bending Brook Lufkin, TX 75904 | Common Stock | | Non-Public Stock |
| Chowdary "Charlie" Yalamanchili 12204 Cypress Court Houston, TX 77065 | Common Stock | | Non-Public Stock |
| Kommula C. Rao 704 Colcate Avenue Big Spring, TX 79720 | Common Stock | | Non-Public Stock |
| Krishna G. Yalamanchili 634 Woodstone Baton Rouge, LA 70808 | Common Stock | | Non-Public Stock |
| Krishnama K. Raju 6906 Royal Hunt Ridge Drive Riverside, CA 92506 | Common Stock | | Non-Public Stock |
| Malladi Reddy 2012 Haggin Oaks Drive Bakersfield, CA 93311 | Common Stock | | Non-Public Stock |
| Mohana R. Arla 1402 Hadleigh Place Louisville, KY 40222 | Common Stock | | Non-Public Stock |
| Penmesta N. Varma 44215 North 15th Street Suite 115 Lancaster, CA 93534 | Common Stock | | Non-Public Stock |
| Sujatha Yalamanchili 12204 Cypress Court Houston, TX 77065 | Common Stock | | Non-Public Stock |
| Suneeta Yalamanchili 12204 Cypress Court Houston, TX 77065 | Common Stock | | Non-Public Stock |
| Vidyadhar Gandra 490 Morning Side Drive Crown Point, IN 46307 | Common Stock | | Non-Public Stock |

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

IN RE:                                                                CHAPTER   **11**

**Marvky Corporation**

DEBTOR(S)                                                       CASE NO   **10-37786**

## LIST OF EQUITY SECURITY HOLDERS

*Continuation Sheet No. 1*

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest<br>Registered |
|---|---|---|---|

**DECLARATION UNDER PENALTY OF PERJURY
ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the _____ **President** _____ of the _____ **Corporation** _____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: __**09/25/2010**_____          Signature: __**/s/ Chowdary "Charlie" Yalamanchili**_____
                                                                              ***Chowdary "Charlie" Yalamanchili***
                                                                              **President**